Allison Sims                                                                                               November 2, 2020
1501 Parkside Ave, Apt 13E
Ewing, NJ 08638

RE: Anthony Smith

Your Honor,

I have known Ant Smith since 2011, while we attended Arcadia University. I was lucky enough to get to see him almost every day on campus. Ant took a lot of graphic design classes, so he was often in the Mac lab. He also worked as one of the lab monitors for the Work Study program, so he was frequently there outside of class hours, sometimes working late into the evening. If people had trouble with a computer or printer, Ant was there to help, but not simply because it was his job - he genuinely wanted to help anyone he could. There were many times when I was intimidated and confused by the unfamiliar technology, and Ant was there to help me. Even when he was not on duty, and he was busy working on his own projects, he would stop what he was doing to patiently guide me through a process.

Ant has this way of showing that he truly cares about people. No matter what the day had been like so far, whenever Ant walked into the room it was like the whole space was flooded with positivity. That's not to say there were only conversations about positive things, but even in more serious moments he would have this way of listening and speaking that would create a sense of connection and understanding. He is someone who brings people together, who can make people laugh but can also make them seriously reflect.

It does not surprise me that Ant has brought this dedication, positivity, and leadership to his communities beyond Arcadia University. Through the organizations he works with such as the Philly Coalition for Racial Economic and Legal Justice, and Food Not Bombs West Philly, he is showing every single person he connects with that he truly cares about them. Not everyone can say they know someone who cares about them in the way Ant cares about his family, friends, students, coworkers, and his entire community. He brings this care and passion to everything he does, including his teaching and his activism, inspiring so many people to stand up and fight against the ongoing oppression of Black lives. To take him away from his communities is to take away part of the soul of each of those people that he inspires, part of what brings them joy every day, part of what keeps them fighting for racial justice in a system that tries to suppress it.

Ant is a strong leader, fighting so hard for justice. I hope that you will realize the sincerity of each of the letters you receive and see that Anthony Smith is an inspiring teacher and an incredibly kind, caring, passionate leader who always shows up for his community. This is the exact reason his community is showing up to support him now.

Sincerely,
Aly Sims