# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| ANTHONY DAVID ALEXANDER SMITH | NO.  20-368-03 |

## PRETRIAL DETENTION ORDER

AND NOW, this 9th  day of November, 2020, upon consideration of the Government's Motion for a Stay of Pretrial Release Order and for Detention Pending Trial, pursuant to Title 18, United States Code, Section 3145, it is hereby ORDERED that the pretrial release order issued by the Honorable Henry S. Perkin, United States Magistrate Judge, is AFFIRMED.  Any violation of any condition of release will cause this Court to reconsider Defendant's bail status.

BY THE COURT:

S/J. CURTIS JOYNER
_____
J. CURTIS JOYNER, J.