Room No.
Tel. No. 267-299-7419

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :     Date of

    :     Notice:  March 25, 2021

    vs.     :

    :

ANTHONY DAVID ALE SMITH     :     Criminal No. 20-368-3
14813-509
5640 CEDAR AVENUE
PHILADELPHIA, PA  19143

     **TAKE NOTICE** that the above-entitled case has been rescheduled for **CRIMINAL JURY TRIAL** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **SEPTEMBER 13, 2021** at **9:30 a.m**. before the Honorable J. Curtis Joyner, in Courtroom 17A – 17TH , Floor.

     **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

     If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

_____INTERPRETER REQUIRED

(was 4/12/21)

Very truly yours,

Sharon Scott, Deputy Clerk
Judge J. Curtis Joyner

Notice to:

P.J. Hetznecker, Esq.,
A.R. Reinitz, AUSA
U.S. Marshal
Probation Office
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)