AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>5640 CEDAR AVENUE<br>PHILADELPHIA PA 19143 | )<br>)<br>)  Case No.  20-1763<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Eastern    District of    Pennsylvania
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachmennt B

**YOU ARE COMMANDED** to execute this warrant on or before    November 11, 2020    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the duty magistrate.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    10/28/2020 11:57 am                    /s Richard A. Lloret
                                                                                                *Judge's signature*

City and state:    Philadelphia, PA                    Honorable Richard A. Lloret, U.S. Magistrate Judge
                                                                                                *Printed name and title*

000387

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 20-1763 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

                   _____
                        *Executing officer's signature*

                   _____
                          *Printed name and title*

**000388**

## ATTACHMENT A

### PROPERTY TO BE SEARCHED

### 5640 Cedar Avenue, Philadelphia, PA 19143

DESCRIPTION:  5640 Cedar Avenue, Philadelphia, PA 19143.  The property is a two-story row home attached on one side.  The residence is constructed of brick and yellow siding. The house has a front porch (not enclosed, but covered).



**ATTACHMENT B**

**Items to be Seized**

1. The following items which are evidence of or property used to commit violations of 18 U.S.C. § 844(f)(1) and (f)(2) (knowing, intentional, and malicious damage and destruction, and attempted damage and destruction, by means of fire, a vehicle, and other real and personal property, which was owned and possessed by an institution or organization receiving Federal financial assistance, that is, a Philadelphia Police Department vehicle, and created a substantial risk of injury to any person); 18 U.S.C. § 844(i) (arson affecting interstate commerce) and 18 U.S.C. §§ 231(a)(3) (obstruction of law enforcement and interstate commerce during a civil disorder), § 2 (aiding and abetting), as described in the Affidavit in Support of Search Warrant:

   A. Signs, banners, reading material, pamphlets, handwritten notes, and other documents and records that are evidence of a motive to commit the above-listed crimes, and which are evidence of coconspirators and accomplices in the above-listed crimes.

000390