IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **VS.** | : | |
| | : | |
| **ANTHONY SMITH** | : | **20-368** |

**AND NOW,** this         day of                  , 2021, it is hereby

ORDERED that the trial date be continued and all pretrial deadlines are extended.


**BY THE COURT:**


_____
**HONORABLE JUAN R. SANCHEZ**

- 1 -

PAUL J. HETZNECKER, ESQUIRE
Attorney I.D. No. 49990
1420 Walnut Street, Suite 911
Philadelphia, PA   19102          Attorney for Defendant, Anthony Smith
(215) 893-9640

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| VS. | : | |
| ANTHONY SMITH | : | 20-368 |

### MOTION TO CONTINUE TRIAL DATE

**TO THE HONORABLE JUAN R. SANCHEZ, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**:

Anthony Smith, by and through his attorney Paul J. Hetznecker, Esquire, files this Motion to Continue Trial Date in the above matter and submits the following in support thereof:

1. The trial in this matter is scheduled to begin on September 13, 2021.   Counsel respectfully requests a continuance in this matter.

2. Co-Counsel Worrell D. Nero, Esquire filed a Motion for Continuance of Trial Date on August 10, 2021.   Counsel for Anthony Smith did not oppose the motion.

3. Counsel for Defendant Anthony Smith files the instant motion separately for the reasons set forth below:

    a. Counsel for Defendant Anthony Smith is scheduled to begin trial before Your Honor on October 4, 2021 in <u>United States v. Davis, et al</u>.   As Your Honor is aware the discovery is voluminous in that case and therefore, Counsel needs the next several weeks to

prepare for trial in that matter.

   b. Additionally, Counsel for Anthony Smith filed a Motion to Compel in this case seeking further discovery from the government. Counsel has yet to receive the requested discovery. Therefore, Counsel needs additional time to obtain the necessary discovery in this matter well before trial.

  5. This request for a continuance is submitted in order to serve the interests of justice and effective assistance of counsel. Furthermore, the time granted for this extension is "excludable time" pursuant to 18 U.S.C. § 3161(h)(1)(F) of the Speedy Trial Act.

  WHEREFORE, Counsel for the defendant, Anthony Smith, respectfully requests that the trial date in this matter be continued.

          Respectfully submitted,

          /s/ Paul J. Hetznecker, Esquire
          Paul J. Hetznecker, Esquire
          Attorney for Defendant, Anthony Smith

DATE:  August 20, 2021

**CERTIFICATE OF SERVICE**

I, Paul J. Hetznecker, hereby certify that a true and correct copy of **MOTION TO CONTINUE TRIAL DATE** was served on the following via the Court's electronic filing system (ecf):

> **Amanda R. Reinitz, Esquire**
> **Assistant United States Attorney**
> **615 Chestnut Street, Suite 1250**
> **Philadelphia, PA   19106**

/s/ Paul J. Hetznecker, Esquire
Paul J. Hetznecker, Esquire
Attorney for Defendant, Anthony Smith

DATE:        August 20, 2021