IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **VS.** | : | |
| | : | |
| **ANTHONY SMITH** | : | 20-368 |

　　**AND NOW,**　　this　　day of　　　　, 2022, it is hereby ORDERED that the trial date be continued and all pretrial deadlines are extended.

**BY THE COURT:**

_____
**HONORABLE JUAN R. SANCHEZ**

**PAUL J. HETZNECKER, ESQUIRE**
Attorney I.D. No. 49990
1420 Walnut Street, Suite 911
Philadelphia, PA   19102          **Attorney for Defendant, Anthony Smith**
(215) 893-9640

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL ACTION** |
| VS. : | |
| **ANTHONY SMITH** : | **20-368** |

### MOTION TO CONTINUE TRIAL DATE

**TO THE HONORABLE JUAN R. SANCHEZ, CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**:

Anthony Smith, by and through his attorney Paul J. Hetznecker, Esquire, files this Motion to Continue Trial Date in the above matter and submits the following in support thereof:

1. The trial in this matter is scheduled to begin on January 31, 2022. Counsel respectfully requests a continuance in this matter.

2. Counsel for Defendant Anthony Smith is requesting this continuance as additional time is needed for further investigation and review of discovery.

3. The government has no opposition to the defendant's Motion to Continue Trial Date.

4. This request for a continuance is submitted in order to serve the interests of justice and effective assistance of counsel. Furthermore, the time granted for this extension is "excludable time" pursuant to 18 U.S.C. § 3161(h)(1)(F) of the Speedy Trial Act.

WHEREFORE, Counsel for the defendant, Anthony Smith, respectfully requests that the trial date in this matter be continued.

                                          Respectfully submitted,

                                          /s/ Paul J. Hetznecker, Esquire
                                          Paul J. Hetznecker, Esquire
                                          Attorney for Defendant, Anthony Smith

DATE:       January 3, 2022

**CERTIFICATE OF SERVICE**

I, Paul J. Hetznecker, hereby certify that a true and correct copy of **MOTION TO CONTINUE TRIAL DATE** was served on the following via the Court's electronic filing system (ecf):

**Amanda R. Reinitz, Esquire**
**Assistant United States Attorney**
**615 Chestnut Street, Suite 1250**
**Philadelphia, PA   19106**

/s/ Paul J. Hetznecker, Esquire
Paul J. Hetznecker, Esquire
Attorney for Defendant, Anthony Smith

DATE:        January 3, 2022

- 4 -