IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 20-368-3 |
| ANTHONY DAVID ALE SMITH | : | |

# **ORDER**

AND NOW, this 26th day of May, 2022, it is ORDERED the Government's Motion for Extension of Time (Document 69) is GRANTED. The Government's responses to Defendant Anthony David Ale Smith's Motion to Suppress, Motion for Disclosure, and Motion to Compel, filed on September 10, 2021, shall be deemed timely filed.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.