IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 20-368-3 |
| | : | |
| ANTHONY DAVID ALE SMITH | : | |

## **ORDER**

AND NOW, this 26th day of May, 2022, upon consideration of Defendant Anthony David Ale Smith's Motion to Retain Rough Notes (ECF No. 31), Motion for Early Production of Jenks Act Materials (ECF No. 32), Motion for Disclosure of Exculpatory Evidence (ECF No. 34), Motion for Discovery (ECF No. 35), Motion for Disclosure of Grand Jury Transcripts (ECF No. 65), and Motion to Compel (ECF No. 66), and the Government's opposition thereto, it is ORDERED the Motions are DENIED as moot but without prejudice as to reassertion.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.