# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **VS.** | : | |
| | : | |
| **ANTHONY SMITH** | : | **20-368** |

AND NOW, this 22nd day of June, 2022, it is hereby ORDERED that the trial date be continued and all pretrial deadlines are extended. Trial shall take place on October 31, 2022 at 9:00 a.m. in Courtroom 14B.

**BY THE COURT:**

/s/Juan R. Sanchez
**HONORABLE JUAN R. SANCHEZ**