# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| VS. | : | |
| | : | |
| **ANTHONY SMITH** | : | 20-368 |

**AND NOW,** this 28th day of October, 2022, it is hereby ORDERED that the trial date be continued and all pretrial deadlines are extended. Trial is scheduled for January 30, 2023, at 9:00 a.m. in Courtroom 14B.

**BY THE COURT:**

/s/Juan R. Sanchez
**HONORABLE JUAN R. SANCHEZ**