IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **VS.** | : | |
| | : | |
| **ANTHONY SMITH** | : | **20-368** |

**AND NOW,** this _____ day of _____, 2023, it is hereby ORDERED that the trial date be continued by thirty (30) days.

**BY THE COURT:**

_____
**HONORABLE JUAN R. SANCHEZ**

**PAUL J. HETZNECKER, ESQUIRE**
Attorney I.D. No. 49990
1420 Walnut Street, Suite 911
Philadelphia, PA   19102                             **Attorney for Defendant, Anthony Smith**
(215) 893-9640

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL ACTION |
| VS. : | |
| ANTHONY SMITH : | 20-368 |

### MOTION TO CONTINUE TRIAL DATE

**TO THE HONORABLE JUAN R. SANCHEZ, CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**:

Anthony Smith, by and through his attorney Paul J. Hetznecker, Esquire, files this Motion to Continue Trial Date in the above matter and submits the following in support thereof:

1. The trial in this matter is scheduled to begin on January 30, 2023. Counsel respectfully requests a thirty (30) day continuance in this matter for further negotiation with the government.

2. This request for a continuance is submitted in order to serve the interests of justice and effective assistance of counsel. Furthermore, the time granted for this extension is "excludable time" pursuant to 18 U.S.C. § 3161(h)(1)(F) of the Speedy Trial Act.

WHEREFORE, Counsel for the defendant, Anthony Smith, respectfully requests that the

trial date in this matter be continued by thirty (30) days.

                                      Respectfully submitted,

                                      **/s/ Paul J. Hetznecker, Esquire**
                                      Paul J. Hetznecker, Esquire
                                      Attorney for Defendant, Anthony Smith

DATE:       January 23, 2023

**CERTIFICATE OF SERVICE**

I, Paul J. Hetznecker, hereby certify that a true and correct copy of this Motion was served on the following via the Court's electronic filing system (ecf):

**Amanda R. Reinitz, Esquire**
**Assistant United States Attorney**
**615 Chestnut Street, Suite 1250**
**Philadelphia, PA 19106**

/s/ Paul J. Hetznecker, Esquire
Paul J. Hetznecker, Esquire
Attorney for Defendant, Anthony Smith

DATE:  January 23, 2023