IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 20-368-3 |
| | : | |
| ANTHONY SMITH | : | |

**ORDER**

AND NOW, this 24th day of March, 2023, it is ORDERED Defendant Smith's unopposed Motion for Continuance of Trial (Document 118) is GRANTED.  The trial in the above-captioned case is CONTINUED to April 24, 2023, at 9:00 a.m. in Courtroom 14B.  The Court finds the ends of justice served by granting a continuance outweigh the best interest of the public and the Defendant in a speedy trial because defense counsel was needs additional time to finalize negotiations and adequately prepare the case for trial and failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, would be likely to make continuation of the case impossible, and would result in a miscarriage of justice].  *See* 18 U.S.C. § 3161(h)(7).

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.