# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **VS.** | : | |
| | : | |
| **ANTHONY SMITH** | : | **20-368** |

 

 

**AND NOW,** this        day  of                    , 2023, it is hereby

ORDERED that the trial date be continued for twenty-one (21) days.

 

 

**BY THE COURT:**

 

 

_____

**HONORABLE JUAN R. SANCHEZ**

**PAUL J. HETZNECKER, ESQUIRE**
**Attorney I.D. No. 49990**
**1420 Walnut Street, Suite 911**
**Philadelphia, PA   19102**                    **Attorney for Defendant, Anthony Smith**
**(215) 893-9640**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **VS.** | : | |
| | : | |
| **ANTHONY SMITH** | : | **20-368** |

## MOTION TO CONTINUE TRIAL DATE

**TO THE HONORABLE JUAN R. SANCHEZ, CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**:

Anthony Smith, by and through his attorney Paul J. Hetznecker, Esquire, files this Motion to Continue Trial Date in the above matter and submits the following in support thereof:

1.      The trial in this matter is scheduled to begin on April 24, 2023. Counsel respectfully requests a twenty-one (21) day continuance in this matter in order to finalize negotiations with the government.

2.      This request for a continuance is submitted in order to serve the interests of justice and effective assistance of counsel. Furthermore, the time granted for this extension is "excludable time" pursuant to 18 U.S.C. § 3161(h)(1)(F) of the Speedy Trial Act.

WHEREFORE, Counsel for the defendant, Anthony Smith, respectfully requests that the

trial date in this matter be continued by twenty-one (21) days.

Respectfully submitted,


**/s/ Paul J. Hetznecker, Esquire**
Paul J. Hetznecker, Esquire
Attorney for Defendant, Anthony Smith


DATE:        April 20, 2023

## <u>CERTIFICATE OF SERVICE</u>

I, Paul J. Hetznecker, hereby certify that a true and correct copy of this Motion was

served on the following via the Court's electronic filing system (ecf):


**Amanda R. Reinitz, Esquire**
**Assistant United States Attorney**
**615 Chestnut Street, Suite 1250**
**Philadelphia, PA 19106**



/s/ Paul J. Hetznecker, Esquire
Paul J. Hetznecker, Esquire
Attorney for Defendant, Anthony Smith


DATE:        April 20, 2023