IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 20-368-3 |
| ANTHONY DAVID ALE SMITH | : | |
| | : | |

# NOTICE OF HEARING

    Take notice that the defendant is scheduled for a Sentencing hearing on Thursday, September 21, 2023, at 9:30 a.m. before the **Honorable Chief Judge Juan R. Sánchez** in **Courtroom 14B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:    Nancy DeLisle Courtroom Deputy to C.J. Juan R. Sánchez
        Phone: 267-299-7789

Date:    6/6/2023

| | |
|---|---|
| cc via U.S. Mail: | Defendant |
| cc via email: | Defense Counsel |
| | Assistant U.S. Attorney |
| | U.S. Marshal |
| | Court Security |
| | Probation Office |
| | Pretrial Services |
| | Interpreter Coordinator |

crnotice (July 2021)