IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **VS.** | : | |
| | : | |
| **ANTHONY SMITH** | : | **20-368** |

    **AND NOW,** this _____ day of _____, 2023, it is hereby ORDERED that the sentencing date be continued by thirty (30) days.

                                            **BY THE COURT:**

                                            _____
                                            **HONORABLE JUAN R. SANCHEZ**

**PAUL J. HETZNECKER, ESQUIRE**
Attorney I.D. No. 49990
1420 Walnut Street, Suite 911
Philadelphia, PA   19102                              **Attorney for Defendant, Anthony Smith**
(215) 893-9640

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| VS. | : | |
| ANTHONY SMITH | : | 20-368 |

## MOTION TO CONTINUE SENTENCING

**TO THE HONORABLE JUAN R. SANCHEZ, CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**:

Anthony Smith, by and through his attorney Paul J. Hetznecker, Esquire, files this Motion to Continue Sentencing in the above matter and submits the following in support thereof:

1. Sentencing in this matter is scheduled for October 25, 2023. Counsel respectfully requests a thirty (30) day continuance in this matter.

2. Counsel is scheduled for a jury trial in United States v. Daniel Lane before the Honorable Anita B. Brody on October 11, 2023. The trial in this case is expected to last three to four weeks.

3. This request for a continuance is submitted in order to serve the interests of justice and effective assistance of counsel.

WHEREFORE, Counsel for the defendant, Anthony Smith, respectfully requests that the sentencing in this matter be continued by thirty (30) days.

Respectfully submitted,

**/s/ Paul J. Hetznecker, Esquire**
Paul J. Hetznecker, Esquire
Attorney for Defendant, Anthony Smith

DATE:        October 9, 2023

**CERTIFICATE OF SERVICE**

    I, Paul J. Hetznecker, hereby certify that a true and correct copy of this Motion was served on the following via the Court's electronic filing system (ecf):

**Amanda R. Reinitz, Esquire**
**Assistant United States Attorney**
**615 Chestnut Street, Suite 1250**
**Philadelphia, PA 19106**

        /s/ Paul J. Hetznecker, Esquire
        Paul J. Hetznecker, Esquire
        Attorney for Defendant, Anthony Smith

DATE:    October 9, 2023