# Maura Ewing, MA
MITIGATION SPECIALIST

October 10, 2023

Paul Hetznecker, Esq.
1420 Walnut St., Ste. 911
Philadelphia, PA 19102

Re:     **2:20-cr-00368-JS-3** *USA v. MATCHETT., ET AL*

## SOCIAL HISTORY
Prepared by Maura Ewing
Mitigation Specialist

Dear Mr. Hetznecker,

The following is an update to my October 21, 2022, social history report for Anthony David Ale Smith. This supplement is intended to inform the court on Mr. Smith's life since the time of my original submission.

As the court well knows, Mr. Smith plead guilty to a felony count of obstructing law enforcement last June. Since his plea, Mr. Smith's professional life changed significantly. Under Pennsylvania law, 24 P.S. §1-111 and 24 P.S. §1-111.1, Mr. Smith is now barred from teaching with the Pennsylvania Department of Education for the next ten years. So, his employer was required to terminate his job at YouthBuild Charter School, where he had been teaching Social Studies teacher since 2018.

To lose his job—and be barred from the vocation he loves—was an emotional and financial blow for Mr. Smith. But he accepts full responsibility for his actions that led to his job termination.

Mr. Smith has continued voluntary work in his community. Every Friday he distributes free food to those in need near the 60th St. SEPTA train station with the anti-hunger organization Food Not Bombs. He also meets with the group weekly outside of food distribution to help with planning. This work helps him maintain his sense of purpose and feeds his desire to support his community.

His volunteer work inspired him to learn more about local, small-scale agriculture. He spent three days this summer at a workshop held at a local community garden learning about land and food equity.

He also volunteers as an educator with the W.E.B DuBois Movement School, teaching a small group of adults about the legacy of DuBois, a foundational Black historian whose writings on the Reconstruction Era are studied in college classrooms across the country. He is interested in discussing how the American government failed Black Americans after the end of slavery, and contextualizing current social woes such as poverty, violence, and addiction in that history. He is interested in creating support groups for community members dealing with the loss of loved ones to addiction or violence.

The parent organization of this school, The Abolitionist Law Center, would like to expand Mr. Smith's role with the school by hiring him as a paid facilitator. In an email, the Abolitionist Law Center's executive director, Saleem Holbrook, confirmed that he intends to hire Mr. Smith. His new role would include co-facilitating bi-weekly seminars, reaching out to potential participants, and planning events such as community art exhibits.

In terms of his personal life, Mr. Smith continues to reside with his father and younger half-brothers in West Philadelphia. He loves this neighborhood and by living there can maintain a connection with many previous students who live locally. Just recently he was walking down the street when a former student who now works as a UPS driver stopped his delivery truck mid-block and jumped out to greet Mr. Smith—or "Mr. Ant," as his former students affectionately call him. It brings Mr. Smith great pride to see his former students gainfully employed.

Though he does not live with his mother, he has become an even more vital support system for her because, unfortunately, she is progressively losing her vision. Soon she will be unable to work her job at a retail clothing store. Ever

since he first gained employment as a teenager, Mr. Smith helped his mother pay her bills, assistance that will be more vital when she is no longer able to maintain employment.

In conclusion, Mr. Smith continues to be a beloved and vital member of his family and community. And he has figured out how to pursue his professional ambitions despite the limitations stemming from his felony record. He is a productive member of society, and a threat to nobody.


Respectfully submitted,

_____  10/10/2023

Maura Ewing