

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Amanda R. Reinitz*
*Direct Dial: (215) 861-8496*
*Facsimile: (215) 861- 8618*
*E-mail Address: amanda.reinitz@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

November 21, 2023

Honorable Juan R. Sanchez
Chief Judge, United States District Court
14613 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1744

RE:   20-368-03, U.S. v. Anthony Smith

Dear Judge Sanchez:

Enclosed, please find a flash drive of Government's Exhibit A, a video recording, for the sentencing memo of the defendant in the above-listed case.

The same is being sent to the clerk of court for filing.

Respectfully yours,

Jacqueline C. Romero
United States Attorney

  /s Amanda R. Reinitz
Amanda R. Reinitz
Assistant United States Attorney

Cc: Clerk's Office, EDPA
Paul Hetznecker, Esquire

# EXHIBIT A
# VIDEO RECORDING